IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

JUL 3 1 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

CARLTON D. BROWN JR.

Case No. 2:19mj432
Court Date: August 21, 2019

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)- Violation Notice No. 7732938

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 11, 2019, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, CARLTON D. BROWN JR., did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

### COUNT TWO
(Misdemeanor)Violation Notice No. 7732939

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 11, 2019, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, CARLTON D. BROWN JR., did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

RECEIVED
2019 JUL 30 P 3: 25
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

                Respectfully submitted,

                G. Zachary Terwilliger
                United States Attorney

By: /s/ James T. Cole
                James T. Cole
                Special Assistant U.S. Attorney
                Office of the U.S. Attorney
                101 West Main Street, Suite 8000
                Norfolk, VA  23510
                Ph: (757) 441-6712
                Fax:(757) 441-3205
                James.Cole@usdoj.gov


## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov


29    July    2019
Date